IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JUN 13 PM 2:04

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Dayna Foley ,
Plaintiff,

v.

Kaiser Permanente ,
Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff Dayna Foley is a citizen of Colorado who presently resides at the following address:
15158 E Purdue Ave #B Aurora, CO 80014

2. Defendant Kaiser Permanente lives at or is located at the following address:
2550 S. Parker Rd Aurora, Colorado 80014 / 1901 Harrison St Oakland, CA 94612

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
2550 S. Parker Rd, Aurora, CO 80014

6. Jurisdiction also is asserted pursuant to the following statutory authority:
_____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __3-15-15__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __3-13-17__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    __X__ Race            ____ Color            ____ Religion

    __X__ Sex             ____ National Origin

    ____ Other (please specify) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    __X__ Failure to hire

    __X__ Failure to promote

    __X__ Demotion/discharge from employment

    ____ Other (please specify) _____

(Rev 07/06)                                     2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

The type of relief I'm seeking may include placement in the job I was denied as a Benefits Portfolio Mgr, back pay + any benefits I may have been entitled to. Also, possible compensatory + punitive damages. I have suffered tremendously since losing my job in June 2015. I have suffered emotionally to the point that I lost 20 pounds unknowingly since losing my job w/ Kaiser. L ikewise, my family has suffered + has been inconvenienced by having to depend + live w/ family mader to survive. the enjoyment for live has been diminished substantially

(Rev. 07/06)                                   3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(Rev 07/06)                              4

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 6-13-17

_Dayna Foley_
(Plaintiff's Original Signature)

15158 E. Purdue Cwe #13
(Street Address)

Aurora, CO 80014
(City, State, ZIP)

303-921-4096
(Telephone Number)