IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01437-GPG

DAYNA FOLEY,

    Plaintiff,

v.

KAISER PERMANENTE,

    Defendant.

---

ORDER OF DISMISSAL

---

    Plaintiff, Dayna Foley, initiated this action by filing *pro se* a Title VII Complaint (ECF No. 1) alleging discrimination on the basis of race and sex. She has been granted leave to proceed pursuant to 28 U.S.C. § 1915. (ECF No. 4).

    On June 15, 2017, the Court ordered Ms. Foley to file an amended Title VII complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. (ECF No. 5). The Court informed Ms. Foley that "[i]n order to comply with the pleading requirements of Rule 8, [she] must present her claims clearly and concisely in a manageable format that allows the court and Defendant to know what claims are being asserted and to be able to respond to those claims." (*Id.* at 1). Plaintiff was warned that if she failed to file an amended complaint as directed within thirty days, her complaint would be dismissed without further notice.

    Plaintiff has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and she has failed to respond in any way to the June 15, 2017 Court Order. Therefore, the action will be dismissed without

prejudice for failure to prosecute and for failure to file an amended complaint as directed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Title VII Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to file an amended prisoner complaint as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  25th  day of   July  , 2017.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court