IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01437-GPG

DAYNA FOLEY,

    Plaintiff,

v.

KAISER PERMANENTE,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 25, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 25 day of July, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. Garcia Garcia
                Deputy Clerk